ADAM WANG (SBN 201233)
DAL BON AND WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone: 408-292-1040
Fax:        408-292-1045

Attorney for Plaintiff
YAO LUN JIANG

ADR Filed
E-FILING
JUL 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

YAO LUN JIANG,

    Plaintiff,

vs.

LEE'S HAPPY HOUSE, CINDY WONG and IVAN WONG, and DOES 1-10

    Defendants

Case No:

DEMAND FOR JURY TRIAL:

**C07 03606** RS

Plaintiff demands a trial by jury of all causes of action alleged in his Complaint.

Dated: July 6, 2007

                                    DAL BON & WANG

                                    By: Adam Wang
                                       Attorney for Plaintiff
                                       YAO LUN JIANG