1  **Danning Jiang, Esq. (CA BAR No. 196985)**
   Djiang@jianglawgroup.com
2  **LAW OFFICES OF DANNING JIANG**
   **271 North First Street**
3  **San Jose, California 95113**
   **Tel.: (408) 299-0800**
4  **Fax: (408) 299-0300**

5

6  **Attorneys for Defendants Lee's Happy House,**
   **Cindy Wong and Ivan Wong**

7

8

9                              **UNITED STATES DISTRICT COURT**

10                             **NORTHERN DISTRICT OF CALIFORNIA**

11                                  **SAN JOSE, CALIFORNIA**

12

13

| YAO LUN JIANG, | ) | CASE NO. C 07-03606-RS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANTS' NOTICE OF |
| | ) | MOTION AND MOTION TO |
| Vs. | ) | DISMISS FOR LACK OF SUBJECT |
| | ) | MATTER JURISDICTION AND |
| LEE'S HAPPY HOUSE, CINDY WONG | ) | FOR FAILURE TO STATE A |
| and IVAN WONG, and DOES 1-10, | ) | CLAIM UPON WHICH RELIEF |
| | ) | MAY BE GRANTED |
| Defendants. | ) | [FRCP 12(b)(1), 12(b)(6)] |
| | ) | |
| | ) | Dated: September 19, 2007 |
| | | Time:  9:30 a.m. |
| | | Place: 280 S. First St., Courtroom 4 |
| | |             San Jose, CA 95113 |
| | | Judge: Hon. Richard Seeborg |

24  TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

25         PLEASE TAKE NOTICE that on September 19, 2007 at 9:30 a.m. or as soon thereafter

26  as the matter can be heard, in Courtroom 4 of this Court, on the Law and Motion Calendar, at

27  the above-captioned court, located at 280 South First Street, San Jose, California 95113,

28  defendants Lee's Happy House, Cindy Wong, and Ivan Wong will move to dismiss with

NOTICE OF MOTION & MOTION TO DISMISS FOR LACK OF JURIS. & FOR FAILURE TO STATE CLAIM    Page 1

prejudice the Fair Labor Standard Act claim (Count Two) for lack of subject matter jurisdiction pursuant to FRCP 12(b)(1) because: 1) the complaint fails to allege facts sufficient to invoke the subject matter jurisdiction; and 2) defendants' business activities do not fall within 29 USC §203(s)(1) that its gross revenue is less than the jurisdictional limit of $500,000.

Defendants will further move the Court to dismiss with prejudice the Fair Labor Standard Act claim (Count Two) pursuant to FRCP 12(b)(6) because the complaint fails to state a claim upon which a relief may be granted on the ground that defendants' business activities do not fall within 29 USC §203(s)(1) that its gross revenue is less than the jurisdictional limit of $500,000.

Lastly, defendants will move the Court to decline to exercise supplemental jurisdiction and to dismiss without prejudice the state law claims.

The motion will be based upon this notice, the attached memorandum of points and authorities, declaration of Ivan Wong, and the records and files in this action.

Date: August 6, 2007         **LAW OFFICES OF DANNING JIANG**

By: /s/ Danning Jiang
DANNING JIANG, Esq.
Attorneys for defendants Lee's Happy House,
Cindy Wong and Ivan Wong