**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YAO LUN JIANG, ) | CASE NO.  C 07-03606-RS |
| Plaintiff, ) | |
| Vs. ) | DECLARATION OF IVAN WONG IN SUPPORT OF MOTION TO DISMISS |
| LEE'S HAPPY HOUSE, CINDY WONG ) and IVAN WONG, and DOES 1-10, ) | Dated: September 19, 2007 |
| Defendants. ) | Time:   9:30 a.m. |
| ) | Place:  280 S. First St., Courtroom 4 |
| ) | San Jose, CA 95113 |
| ) | Judge: Hon. Richard Seeborg |

I, IVAN WONG, hereby state as follows:

    1.    I am one of the defendants in this action.  I am also an owner of defendant Lee's Happy House.  The statements made in this declaration are based upon my own personal knowledge, except as to those matters stated on information or belief; however, as to those matters stated on information and belief, I believe them to be true.

    2.    Lee's Happy House is a general partnership.  I am one of the partners.

    3.    Lee's Happy House is a small to-go restaurant located at 6187 Santa Teresa

Blvd., San Jose, CA 95123. We have about 3-5 full-time and part-time employees, including me. Most of us work in the kitchen since it is a to-go restaurant. We have one part-time cashier working in the front.

4. Essentially all of our customers are local residents or people who work nearby. Most of them make orders over the phone. A small number of our customers stop by our restaurant to order foods. We do not provide food delivery.

5. Our foods (meals) are sold to local customers who consume our foods (meals) locally. 99.9% of our customers are local residents and people who work nearby our restaurant. They live or work within a 5-mile radius to our restaurant. We do not have out-of-state traveler customers. We have never sold our foods (meals) out of state.

6. Our foods are wrapped in the to-go boxes. We do not sell canned or packaged foods to customers.

7. We do not do advertising at all. We have never had any flyers, mailings, newspapers, radio, or TV advertisement.

8. We order our supplies, such as rice, flour, vegetable, and sources, from our local vendors in San Jose area. We have never ordered supplies from an out-of-state vendor.

9. For years 2001 to 2006, our gross income per year has never been over $400,000. A true and correct copy of our partnership tax returns (redacted version) for these 6 years is attached as Exhibits 1-6.

10. The plaintiff, Mr. Yao Lun Jiang, worked for us as our chief chef. He was responsible for ordering the entire kitchen supplies and monitoring the kitchen inventory. He had independent authority to decide what supplies to order, from whom to order, how much to order, and the pricings. He also supervised our kitchen assistants and helpers in preparing raw foods, sources, and cleaning. He only reported to me and Cindy Wong. We considered him as our kitchen manager.

11. As our chief chef, Mr. Jiang was paid $2,500 per month. In addition, the restaurant offered three meals per day and housing to him.

12. Mr. Jiang quitted his job on May 13, 2007 because he was planning to open his

1  own restaurant.

     I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed in San Jose, California.

Date: August 3, 2007                                           By: /s/ Ivan Wong
                                                                                   IVAN WONG