1  **Danning Jiang, Esq. (CA BAR No. 196985)**
   Djiang@jianglawgroup.com
2  **LAW OFFICES OF DANNING JIANG**
   **271 North First Street**
3  **San Jose, California 95113**
   **Tel.: (408) 299-0800**
4  **Fax: (408) 299-0300**

5

   **Attorneys for Defendants Lee's Happy House,**
6  **Cindy Wong and Ivan Wong**

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13
   **YAO LUN JIANG,**              )    CASE NO.  C 07-03606-RS
14                                  )
           **Plaintiff,**           )
15                                  )    **[PROPOSED] ORDER GRANTING**
   Vs.                              )    **MOTION TO DISMISS**
16                                  )
   **LEE'S HAPPY HOUSE, CINDY WONG** )
17 **and IVAN WONG, and DOES 1-10,** )   Dated: September 19, 2007
                                    )    Time:   9:30 a.m.
18         **Defendants.**          )    Place:  280 S. First St., Courtroom 4
                                    )            San Jose, CA 95113
19                                  )    Judge:  Hon. Richard Seeborg
20

21

22      Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction And For Failure

23 To State A Claim Upon Which Relief May Be Granted came regularly for hearing before this

24 court in Courtroom 4, Hon. Richard Seeborg presiding.  Adam Wang, Esq. appearing for

25 plaintiff Yao Lun Jiang, and Danning Jiang, Esq. appearing for Defendants Lee's Happy

26 House, Cindy Wong, and Ivan Wong.

27      After full consideration of the motion paper, pleadings, and the authorities submitted by

28 counsel, as well as counsel's oral argument, the court finds that this is a proper case to grant

ORDER GRANTING MOTION TO DISMISS FOR LACK OF JURIS. & FOR FAILURE TO STATE A CLAIM    Page 1

defendants' motion.

      IT IS ORDERED that defendants' motion to dismiss is granted pursuant to FRCP 12(b)(1) for lack of subject matter jurisdiction and FRCP 12(b)(6) for failure to state a claim upon which a relief may be granted.

      IT IS FURTHER ORDERED that plaintiff's Fair Labor Standard Act claim (Count Two) is dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over plaintiff's state law claims. These state law claims are dismissed without prejudice.

      IT IS SO ORDERED.


Date: _____, 2007      _____
                                                Hon. Richard Seeborg
                                                U.S. DISTRICT COURT JUDGE