```
Danning Jiang, Esq. (CA BAR No. 196985)
Djiang@jianglawgroup.com
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300

Attorneys for Defendants Lee's Happy House,
Cindy Wong and Ivan Wong
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YAO LUN JIANG,       )<br>                      )<br>    Plaintiff,      )<br>                      )<br>Vs.                   )<br>                      )<br>LEE'S HAPPY HOUSE, CINDY WONG )<br>and IVAN WONG, and DOES 1-10, )<br>                      )<br>    Defendants.       )<br>                      )<br>_____) | CASE NO.  C 07-03606-RS<br><br>PROOF OF SERVICE<br><br>Dated:  September 19, 2007<br>Time:   9:30 a.m.<br>Place:  280 S First St., Courtroom 4<br>        San Jose, CA 95113<br>Judge:  Hon. Richard Seeborg |

### **PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On August 6, 2007, I served the following document(s):

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(1), 12(b)(6)**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN**

**SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(1), 12(b)(6)**

**DECLARATION OF IVAN WONG IN SUPPORT OF MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Adam Wang, Esq.
Dal Bon and Wang
12 South First Street, Suite 613
San Jose, CA 95113                                    Fax: 408-351-0261

**(X)**     **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )**     **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )**     **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

**( )**     **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on August 6, 2007, in San Jose, California.

**( )**     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)**     **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

                                        By: /s/Phoebe Li
                                        PHOEBE LI

PROOF OF SERVICE                                                                Page 2