**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAO LUN JIANG, ) | CASE NO. C 07-03606-RS |
| ) | |
| Plaintiff, ) | |
| ) | DEFENDANTS' *EX PARTE* |
| Vs. ) | ADMINISTRATIVE MOTION TO |
| ) | FILE UNDER SEAL |
| LEE'S HAPPY HOUSE, CINDY WONG ) | |
| and IVAN WONG, and DOES 1-10, ) | Dated: N/A |
| ) | Time: N/A |
| Defendants. ) | Place: 280 S First St., Courtroom 4 |
| ) | San Jose, CA 95113 |
| ) | Judge: Hon. Richard Seeborg |

Pursuant to Civil Local Rules 7-11 and 79-5, defendants Lee's Happy House, Cindy Wong, and Ivan Wong hereby move *ex parte* to file under seal the following documents or portions of documents, as indicated below:

1.  The unredacted version of Lee's Happy House partnership tax returns for year 2001. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

2.  The unredacted version of Lee's Happy House partnership tax returns for year

DEFENDANTS' *EX PARTE* ADMINISTRATIVE MOTION TO FILE UNDER SEAL                Page 1

2002. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

3. The unredacted version of Lee's Happy House partnership tax returns for year 2003. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

4. The unredacted version of Lee's Happy House partnership tax returns for year 2004. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

5. The unredacted version of Lee's Happy House partnership tax returns for year 2005. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

6. The unredacted version of Lee's Happy House partnership tax returns for year 2006. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

Defendants make this motion based on the fact that all documents to be filed herein are federal partnership tax returns or personal tax returns, which are personal and confidential. Income tax returns are entitled to qualified privilege from discovery in a civil action. Premium Service Corp. v. Sperry & Hutchinson Co. (9th Cir. 1975) 511 F.2d 225, 229. Trudeau v. New York State Consumer Protection Board (ND NY 2006) 237 FRD 325, 331-332. Defendants have not yet filed their answers to the complaint. There is not a protective order entered into in this matter.

Dated: August 6, 2007                    **LAW OFFICES OF DANNING JIANG**

By: /s/ Danning Jiang
DANNING JIANG, Esq.
Attorneys for defendants Lee's Happy House,
Cindy Wong and Ivan Wong