**Danning Jiang, Esq. (CA BAR No. 196985)**
**Djiang@jianglawgroup.com**
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **YAO LUN JIANG,** ) | **CASE NO.  C 07-03606-RS** |
| ) | |
|     **Plaintiff,** ) | **DECLARATION OF DANNING** |
| ) | **JIANG IN SUPPORT OF** |
| **Vs.** ) | **DEFENDANTS' *EX PARTE*** |
| ) | **ADMINISTRATIVE MOTION TO** |
| **LEE'S HAPPY HOUSE, CINDY WONG** ) | **FILE UNDER SEAL** |
| **and IVAN WONG, and DOES 1-10,** ) | |
| ) | **Dated:  N/A** |
|     **Defendants.** ) | **Time:  N/A** |
| ) | **Place:  280 S. First St., Courtroom 4** |
| ————————————————— ) | **      San Jose, CA 95113** |
| | **Judge:  Hon. Richard Seeborg** |

I, DANNING JIANG, declare:

    1.    I am the attorney for Lee's Happy House, Cindy Wong, and Ivan Wong, the

defendants in this action.  The statements made in this declaration are based upon my own

personal knowledge, except as to those matters stated on information or belief; however, as to

those matters stated on information and belief, I believe them to be true.

    2.    Defendants have not filed their answers to the complaint.  There is not a

protective order entered into in this matter.

3.      Exhibit 1 attached to this Declaration is a true and correct copy of the unredacted version of Lee's Happy House partnership tax returns for year 2001.

4.      Exhibit 2 attached to this Declaration is a true and correct copy of the unredacted version of Lee's Happy House partnership tax returns for year 2002.

5.      Exhibit 3 attached to this Declaration is a true and correct copy of the unredacted version of Lee's Happy House partnership tax returns for year 2003.

6.      Exhibit 4 attached to this Declaration is a true and correct copy of the unredacted version of Lee's Happy House partnership tax returns for year 2004.

7.      Exhibit 5 attached to this Declaration is a true and correct copy of the unredacted version of Lee's Happy House partnership tax returns for year 2005.

8.      Exhibit 6 attached to this Declaration is a true and correct copy of the unredacted version of Lee's Happy House partnership tax returns for year 2006.


I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed in San Jose, California.


Date: August 6, 2007                    /s/  Danning Jiang
                                        DANNING JIANG