**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAO LUN JIANG,            ) | CASE NO.  C 07-03606-RS |
|                           ) | |
|         Plaintiff,        ) | |
|                           ) | INDEX OF EXHIBITS TO BE |
| Vs.                       ) | FILED UNDER SEAL |
|                           ) | |
| LEE'S HAPPY HOUSE, CINDY WONG ) | |
| and IVAN WONG, and DOES 1-10, ) | Dated: N/A |
|                           ) | Time: N/A |
|         Defendants.       ) | Place: 280 S. First St., Courtroom 4 |
|                           ) |        San Jose, CA 95113 |
|                           ) | Judge: Hon. Richard Seeborg |

      Pursuant to Civil Local Rules 3-4(a) and (b), defendants Lee's Happy House, Cindy Wong, and Ivan Wong hereby submit the following exhibits to be filed under seal:

| Exhibits | Description |
|---|---|
| Exh. 1 | Unredacted version of Lee's Happy House partnership tax returns for year 2001. |
| Exh. 2 | Unredacted version of Lee's Happy House partnership tax returns for year 2002. |
| Exh. 3 | Unredacted version of Lee's Happy House partnership tax returns for year 2003. |
| Exh. 4 | Unredacted version of Lee's Happy House partnership tax returns for year 2004. |

DECLARATION OF JIANG IN SUPPORT OF *EX PARTE* ADMINISTRATIVE MOTION TO FILE UNDER SEAL   Page 1

| | | |
|---|---|---|
| 1 | Exh. 5 | Unredacted version of Lee's Happy House partnership tax returns for year 2005. |
| 2 | Exh. 6 | Unredacted version of Lee's Happy House partnership tax returns for year 2006. |

Date: August 6, 2007                              /s/  Danning Jiang
                                                              DANNING JIANG