1  **Danning Jiang, Esq. (CA BAR No. 196985)**
   **Djiang@jianglawgroup.com**
2  **LAW OFFICES OF DANNING JIANG**
   **271 North First Street**
3  **San Jose, California 95113**
   **Tel.: (408) 299-0800**
4  **Fax: (408) 299-0300**
5
   **Attorneys for Defendants Lee's Happy House,**
6  **Cindy Wong and Ivan Wong**
7
8
9                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
11                          **SAN JOSE DIVISION**
12
13
   **YAO LUN JIANG,**                )    **CASE NO.  C 07-03606-RS**
14                                    )
              **Plaintiff,**           )
15                                    )    **PROOF OF SERVICE**
   **Vs.**                             )
16                                    )
   **LEE'S HAPPY HOUSE, CINDY WONG** )    Dated:  N/A
17 **and IVAN WONG, and DOES 1-10,** )    Time:   N/A
                                      )    Place:  280 S First St., Courtroom 4
18                                    )            San Jose, CA 95113
              **Defendants.**          )    Judge:  Hon. Richard Seeborg
19                                    )
20 _____)
21
                            **PROOF OF SERVICE**
22
23   I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,
24
     On August 6, 2007, I served the following document(s):
25
     **DEFENDANTS' EX PARTE ADMINISTRATIVE MOTION TO FILE UNDER**
26   **SEAL**
27   **DECLARATION OF DANNING JIANG IN SUPPORT OF DEFENDANTS' EX PARTE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
28

PROOF OF SERVICE                                                              Page 1

| | |
|---|---|
| 1 | **INDEX OF EXHIBITS TO BE FILED UNDER SEAL** |
| 2 | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Adam Wang, Esq.
Dal Bon and Wang
12 South First Street, Suite 613
San Jose, CA 95113                                        Fax: 408-351-0261

**(X)**     **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )**     **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )**     **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

**( )**     **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on August 6, 2007, in San Jose, California.

**( )**     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)**     **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

By: /s/Phoebe Li
PHOEBE LI