**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

*E-FILED 8/8/07*

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAO LUN JIANG, | CASE NO. C 07-03606-RS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' *EX PARTE* ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| Vs. | |
| LEE'S HAPPY HOUSE, CINDY WONG and IVAN WONG, and DOES 1-10, | Dated: N/A |
| Defendants. | Time: N/A |
| | Place: 280 S First St., Courtroom 4 San Jose, CA 95113 |
| | Judge: Hon. Richard Seeborg |

The Court, having considered defendants Lee's Happy House, Cindy Wong, and Ivan Wong's *Ex Parte* Administrative Motion to File Under Seal, and good cause appearing therefor, HEREBY ORDERS the following documents or portions of documents to be filed under seal:

1. The unredacted version of Lee's Happy House partnership tax returns for year 2001. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

DEFENDANTS' *EX PARTE* ADMINISTRATIVE MOTION TO FILE UNDER SEAL                Page 1

1  2. The unredacted version of Lee's Happy House partnership tax returns for year 2002. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

3. The unredacted version of Lee's Happy House partnership tax returns for year 2003. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

4. The unredacted version of Lee's Happy House partnership tax returns for year 2004. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

5. The unredacted version of Lee's Happy House partnership tax returns for year 2005. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

6. The unredacted version of Lee's Happy House partnership tax returns for year 2006. The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

IT IS SO ORDERED.

Dated: August 8, 2007

_____
Hon. Richard Seeborg
U.S. DISTRICT COURT JUDGE