Danning Jiang, Esq. (CA BAR No. 196985)
Djiang@jianglawgroup.com
LAW OFFICES OF DANNING JIANG
271 North First Street
San Jose, California 95113
Tel.: (408) 299-0800
Fax: (408) 299-0300
Attorneys for Defendants Lee's Happy House,
Cindy Wong and Ivan Wong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAO LUN JIANG,

    Plaintiff(s),

v.

LEE'S HAPPY HOUSE, et al.

    Defendant(s).

No. C 07-03606-RS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Aug. 9, 2007

_____
Signature

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")