ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiff
YAO LUN JIANG

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| YAO LUN JIANG, | Case No.: C07-03606 RS |
|---|---|
| Plaintiff, | **DECLARATION OF YAO LUN JIANG IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12** |
| vs. | |
| LEE'S HAPPY HOUSE, CINDY WONG and IVAN WONG, and DOES 1-10 | Date: September 19, 2007
Time: 9:30 a.m.
Judge: Honorable Richard Seeborg |
| Defendants | |

I, the undersigned, declare as follows:

1. I am over 18 years. I am he plaintiff in this case. I have personal knowledge of the matters stated herein. If called upon to testify before this Court, I would and cold do so to the same effect.

2. I have been employed as a chef at Lee' Happy House for over 6 years. When I worked at that restaurant, I worked 6 days a week. Therefore, I have the opportunity to observe the volume of dishes that went thought the kitchen. I estimated that the restaurant's daily average sales ranged between $2,000 to $2,500. With the restaurant open 7 days a week, restaurant's annual sales should be no less than $500,000.

3. My starting monthly salary was$2,000, was raised $100 almost every year. I was paid partly in check, and partly in cash.

1                                                     C07-03606 RS

4. There were total 6 workers at the restaurant. It is my understanding that all workers wee paid with cash, and some even paid nothing but cash.

I declare under the penalty of perjury under he laws of the United States, the foregoing is true and accurate.

Dated: August 27, 2007

By:   Yao Lun Jiang

**CERTIFICATION**

I, the undersigned, certify that I obtained an LL.B. from Law Department of Beijing University in People's Republic of China, and a J.D. from Villanova University, and that I am fluent in both Chinese and English. I have reviewed the Chinese original that follows this English translation, and do certify this English translation is a correct translation of its Chinese original.

Dated: August 27, 2007            By: /s/ Adam Wang
                                              Adam Wang

**DECLARATION OF YAO LUN JIANG IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
Jiang v. Lee's Happy House, et al.

```
 1  ADAM WANG (STATE BAR NUMBER 201233)
    DAL BON & WANG
 2  12 South First Street, Suite 613
    San Jose, CA 95113
 3  Tel: (408) 421-3403
    Fax: (408) 351-0261
 4
    Attorney for Plaintiff
 5  YAO LUN JIANG
 6
 7                UNITED STATES DISTRICT COURT
 8              FOR NORTHERN DISTRICT OF CALIFORNIA
 9  YAO LUN JIANG,                  Case No.: C07-03606 RS
10       Plaintiff,                 DECLARATION OF YAO LUN JIANG IN
                                    OPPOSITION TO DEFENDANTS'
11  vs.                             MOTION TO DISMISS UNDER RULE 12
12                                  Date:    September 19, 2007
                                    Time:    9:30 a.m.
13  LEE'S HAPPY HOUSE, CINDY WONG and  Judge:  Honorable Richard Seeborg
    IVAN WONG, and DOES 1-10
14       Defendants
15
```

16  我, Yao Lun Jiang, 特作以下证词:

17  1.  我年龄十八岁以上, 我是本案的原告. 我对所作证词有直接的了解. 如果法院传唤我到庭作证, 我会如实作同样的证词.

19  2.  我在Lee's Happy House作厨师6年以上. 在Lee's Happy House工作的几年间, 我一星期工作六天. 因此有机会了解每天厨房的菜量. 根据厨房炒菜的量, 我估计餐馆平均每天的营业额大约在$2,000到$2,500左右. 餐馆每星期营业7天, 因此, 餐馆的年营业额不会少于$500,000.

23  3.  我在餐馆开始的月工资是$2,000, 以后基本上每年增加一百. 雇主付我一部分支票, 一部分现金.

25  4.  餐馆一共有六个工人. 据我所知, 每个工人餐馆都支付现金, 有的甚至全部支付现金.

1 按照美国联邦法有关伪证罪的规定，我发誓以上证词是真实的。

3 Dated: August 27, 2007           By: _Lun Yao Jiang_
                                       Yao Lun Jiang