**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YAO LUN JIANG, ) | CASE NO.  C 07-03606-RS |
| ) | |
| Plaintiff, ) | OBJECTION TO PLAINTIFF YAO |
| ) | LUN JIANG'S DECLARATION IN |
| Vs. ) | OPPOSITION TO DEFENDANTS' |
| ) | MOTION TO DISMISS UNDER |
| LEE'S HAPPY HOUSE, CINDY WONG ) | RULE 12 |
| and IVAN WONG, and DOES 1-10, ) | |
| ) | Dated: September 19, 2007 |
| Defendants. ) | Time:   9:30 a.m. |
| ) | Place:  280 S. First St., Courtroom 4 |
| ) |             San Jose, CA 95113 |
| | Judge:  Hon. Richard Seeborg |

Defendants Lee's Happy House, Cindy Wong, and Ivan Wong ("defendants") hereby object to Plaintiff Yao Lun Jiang's Declaration in Opposition to Defendants' Motion to Dismiss Under Rule 12 as followings:

**Paragraph #2:**

"I estimated that the restaurant's daily average sales ranged between $2,000 to $2,500. With the restaurant open 7 days a week, restaurant's annual sales should be no less than $500,000."

Objection, lack of foundation and pure speculation.  Plaintiff fails to lay down facts as to whether he had access to the book of Lee's Happy House.  He fails to lay down the facts as to whether he was in charge of ordering the kitchen supplies and inventory, the dollar price per dish, the number of dishes sold per day, the average sales per day, and his access to and knowledge of the information.  He would not have any knowledge about the costs of dishes and amount of sales of the business.

Sustained: _____.            Overruled: _____.

Objection, hearsay and does not fall in any exception.  If Plaintiff obtained the information from a third person, he intends to introduce out-of-court statement made by others offered to prove the truth of the matter asserted.

Sustained: _____.            Overruled: _____.

**Paragraph #4:**

"It is my understanding that all workers wee (sic) paid in cash, and some even paid nothing but cash."

Objection, lack of foundation and pure speculation.  Plaintiff fails to lay down facts as to whether he personally paid the cash to other employees or he personally observed that Defendants paid other employees either partially in cash or fully in cash.  He would not have any knowledge about the facts asserted.

Sustained: _____.            Overruled: _____.

Objection, hearsay and does not fall in any exception.  If Plaintiff heard from other employees that they were paid in cash, he intends to introduce out-of-court statement made by others offered to prove the truth of the matter asserted.

Sustained: _____.            Overruled: _____.

Date: September 5, 2007            **LAW OFFICES OF DANNING JIANG**

By: /s/  Danning Jiang
DANNING JIANG, Esq.
Attorneys for defendants Lee's Happy House,
Cindy Wong and Ivan Wong

1     IT IS SO ORDERED:

2

3

4   Dated: _____, 2007     _____

                                                   HON. RICHARD SEEBORG

5                                                    Magistrate Judge of the U.S. District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

*Jiang v. Lee's Happy House, et al.*
U.S. District Court Northern District of California - Case No. C07-03606-RS

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On September 5, 2007, I served the following document(s):

**OBJECTION TO PLAINTIFF YAO LUN JIANG'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Adam Wang, Esq.
Dal Bon and Wang
12 South First Street, Suite 613
San Jose, CA 95113                          Fax: 408-351-0261

**(X)**  **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )**  **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )**  **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

**( )**  **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on September 5, 2007, in San Jose, California.

**( )**  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)**  **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

                                          /s/ Phoebe Li
                                          PHOEBE LI

1