UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 6 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: FTR                                           DATE: 9/19/07
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                              CASE #: C 07-03606 RS

CASE TITLE: YAO JIANG          VS.   LEE'S HAPPY HOUSE, ET AL

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

ADAM WANG                                  DANNING JIANG

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     {X}     { }     1. TO DISMISS
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to           @            For

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: MATTER IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.