**United States District Court**
For the Northern District of California

**\*E-FILED\***
**October 16, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAO LUN JIANG,                                                         No. C 07-03606 RS

        Plaintiff,

   v.                                                                          **CLERK'S NOTICE**

LEE'S HAPPY HOUSE, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The case management conference in the above-captioned matter currently set for October 24, 2007 at 2:30 p.m. has been continued to **December 19, 2007 at 2:30 p.m.**

Dated: October 16, 2007

                                                For the Court,
                                               RICHARD W. WEIKING, Clerk

                                               By:    /s/ Martha Parker Brown
                                                                 Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Danning Jiang    Dnjiang@aol.com

3 Adam Wang    aqwang@dalbonandwang.com