**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com                    *E-FILED 11/21/07*
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**


**Adam Wang, Esq. (CA BAR No. 201233)**
Aqwang@dalbonandwang.com
**DAL BON AND WANG**
**12 South First Street, Suite 613**
**San Jose, CA 95113**
**Tel.: (408) 292-1040**
**Fax: (408) 292-1045**

**Attorneys for Plaintiff Yao Lun Jiang**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE, CALIFORNIA

| | |
|---|---|
| YAO LUN JIANG, ) | CASE NO. C 07-03606-RS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| Vs. ) | ORDER EXTENDING |
| ) | DEFENDANTS' TIME IN FILING |
| LEE'S HAPPY HOUSE, CINDY WONG ) | THEIR RESPONSIVE PLEADINGS |
| and IVAN WONG, and DOES 1-10, ) | REGARDING PLAINTIFF'S |
| ) | SECOND AMENDED COMPLAINT |
| Defendants. ) | |
| _____ ) | |

Plaintiff Yao Lun Jiang ("Plaintiff") and Defendants Lee's Happy House, Cindy Wong and Ivan Wong (collectively "Defendants"), through their respective attorneys of record, do

STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME IN FILING RESPONSIVE PLEADINGS    Page 1

hereby stipulate and agree as follows:

1. The parties have stipulated to and the Court has granted early mediation in this matter. Ms. Evelyn Hunt has been assigned by the Court as the mediator. The mediation will take place in January 2008.

2. The Court granted Defendants' motion to dismiss with leave to amend on or about October 23, 2007. Plaintiff filed his Second Amended Complaint on or about November 19, 2007.

3. Counsels for all parties have agreed to extend Defendants' deadline in filing their responsive pleadings to Plaintiff's Second Amended Complaint until 15 days after the conclusion of the mediation.

4. Now, the parties respectfully request the Court to grant this stipulation. Defendants shall have 15 days after the conclusion of the mediation to file and serve their responsive pleadings to Plaintiff's Second Amended Complaint.

IT IS SO AGREED.

Date: November 20, 2007                **LAW OFFICES OF DANNING JIANG**

/s/ Danning Jiang
DANNING JIANG, Esq.
Attorneys for defendants Lee's Happy House, Cindy Wong and Ivan Wong

Date: November 20, 2007                **DAL BON AND WANG**

/s/ Adam Wang
ADAM WANG, Esq.
Attorneys for plaintiff Yao Lun Jiang

ORDER

The Court, having considered the parties' stipulation, and good cause appearing, does hereby order as follows:

1. Defendants Lee's Happy House, Cindy Wong and Ivan Wong shall have 15 days after the conclusion of the mediation to file and serve their responsive pleadings to Plaintiff Yao Lun Jiang's Second Amended Complaint.

IT IS SO ORDERED.

Date: __November 21__, 2007         _/s/ Richard Seeborg_____
                                    HON. RICHARD SEEBORG
                                    United States Magistrate Judge

# PROOF OF SERVICE

*Jiang v. Lee's Happy House, et al.*
U.S. District Court Northern District of California - Case No. C07-03606-RS

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

On November 21, 2007, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME IN FILING THEIR RESPONSIVE PLEADINGS REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT**

on the interested parties in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

Adam Wang, Esq.
Dal Bon and Wang
12 South First Street, Suite 613
San Jose, CA 95113                                    Fax: 408-351-0261

**(X)**     **[U.S. MAIL]** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed in San Jose, California.

**( )**     **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope to a courier or driver authorized by said overnight delivery service to receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the above-named persons on whom it is to be served.

**( )**     **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced document(s) to the above-named person(s).

**( )**     **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) and facsimile number(s) shown above.

Executed on November 21, 2007, in San Jose, California.

**( )**     **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**(X)**     **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

/s/ Phoebe Li
PHOEBE LI

1