**United States District Court**
For the Northern District of California

**\*E-FILED\***
**November 21, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO LUN JIANG, | No. C 07-03606 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| LEE'S HAPPY HOUSE, et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for December 19, 2007 at 2:30 p.m. has been continued to **March 19, 2008 at 2:30 p.m.**

Dated:  November 21, 2007

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Danning Jiang     Dnjiang@aol.com

3 Adam Wang     aqwang@dalbonandwang.com