**FILED**

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Jiang,

    Plaintiff(s),

v.

Lee's Happy House,

    Defendant(s).

No. C 07-03606 RS MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _January 17, 2008_

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   - ☐ another session scheduled for (date) _____
   - ☐ phone discussions expected by (date) _informal follow-up planned in a week or two_
   - ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _1/18/08_

_Evelyn M. Hunt_
Mediator, Evelyn M. Hunt
Law Offices of Evelyn M. Hunt
84 Sotelo Avenue
San Francisco, CA 94116

Certification of ADR Session
07-03606 RS MED