1 | **Danning Jiang, Esq. (CA BAR No. 196985)**
2 | Djiang@jianglawgroup.com
  | **LAW OFFICES OF DANNING JIANG**
3 | **271 North First Street**
  | **San Jose, California 95113**
4 | **Tel.: (408) 299-0800**
  | **Fax: (408) 299-0300**
5 |
6 | **Attorneys for Defendants Lee's Happy House,**
  | **Cindy Wong and Ivan Wong**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE, CALIFORNIA

| | |
|---|---|
| **YAO LUN JIANG,** ) | **CASE NO.  C 07-03606-RS** |
| ) | |
| Plaintiff, ) | **NOTICE OF MOTION AND** |
| ) | **DEFENDANTS' SECOND MOTION** |
| Vs. ) | **TO DISMISS FOR LACK OF** |
| ) | **SUBJECT MATTER** |
| **LEE'S HAPPY HOUSE, CINDY WONG** ) | **JURISDICTION AND FOR** |
| **and IVAN WONG, and DOES 1-10,** ) | **FAILURE TO STATE A CLAIM** |
| ) | **UPON WHICH RELIEF MAY BE** |
| Defendants. ) | **GRANTED** |
| ) | **[FRCP 12(b)(1), 12(b)(6)]** |
| | |
| | Dated: March 12, 2008 |
| | Time:    9:30 a.m. |
| | Place:   280 S. First St., Courtroom 4 |
| |              San Jose, CA 95113 |
| | Judge: Hon. Richard Seeborg |

TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

      PLEASE TAKE NOTICE that on March 12, 2008 at 9:30 a.m. or as soon thereafter as the matter can be heard, in Courtroom 4 of this Court, on the Law and Motion Calendar, at the above-captioned court, located at 280 South First Street, San Jose, California 95113, defendants Lee's Happy House, Cindy Wong, and Ivan Wong will move for the second time to dismiss

with prejudice plaintiff's Fair Labor Standard Act claim for lack of subject matter jurisdiction. [FRCP 12(b)(1).]

Defendants will further move the Court to dismiss with prejudice plaintiff's Fair Labor Standard Act claim (Count Two) on the basis that the complaint fails to state a claim upon which a relief may be granted. [FRCP 12(b)(6).]

Lastly, defendants will move the Court to decline to exercise supplemental jurisdiction and to dismiss the state law claims without prejudice.

The motion will be based upon this notice, the attached memorandum of points and authorities, declaration of Ivan Wong, and the records and files in this action.

Date: January 31, 2008            **LAW OFFICES OF DANNING JIANG**

By: /s/ Danning Jiang
DANNING JIANG, Esq.
Attorneys for defendants Lee's Happy House, Cindy Wong and Ivan Wong