**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **YAO LUN JIANG,** ) | **CASE NO.  C 07-03606-RS** |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF IVAN WONG** |
| Vs. ) | **IN SUPPORT OF SECOND** |
| ) | **MOTION TO DISMISS** |
| **LEE'S HAPPY HOUSE, CINDY WONG** ) | |
| **and IVAN WONG, and DOES 1-10,** ) | Dated: March 12, 2008 |
| ) | Time:    9:30 a.m. |
| Defendants. ) | Place:   280 S. First St., Courtroom 4 |
| ) | San Jose, CA 95113 |
| ) | Judge: Hon. Richard Seeborg |

I, IVAN WONG, hereby state as follows:

    1.    I am one of the defendants in this action.  I am the owner of defendant Lee's Happy House.  The statements made in this declaration are based upon my own personal knowledge, except as to those matters stated on information or belief; however, as to those matters stated on information and belief, I believe them to be true.

    2.    Lee's Happy House is a general partnership.  I am one of the partners.  The other partner is my mom, Cindy Wong.

3. Lee's Happy House is a small to-go restaurant located at 6187 Santa Teresa Blvd., San Jose, CA 95123. We have about 3-5 employees. Most of the employees work in the kitchen since it is a to-go restaurant. We have one part-time cashier working in the front.

4. Almost all of our customers are local residents or people who work nearby. Most of them make phone orders and pick up the food (meals) when it is ready. A small number of customers stop by our restaurant to order food. We do not provide food delivery.

5. Our food is sold to local customers who consume our food locally. I have not seen any out-of-state traveler ordering food from us. We have never sold our food out of state.

6. Our food is wrapped in the to-go boxes. We do not sell canned or packaged foods to customers.

7. We do not do advertising at all. We have never had any flyers, mailings, newspapers, radio, or TV advertisement.

8. We order our supplies, such as rice, flour, vegetable, and sources, from our local vendors in San Jose area. We have never ordered any supplies from any out-of-state vendor.

9. For years 2001 to 2006, our gross income per year has never exceeded $400,000. A true and correct copy of our partnership tax returns (redacted version) for these 6 years is attached as Exhibits 1-6. A copy of the full tax returns was attached with my previous declaration, which was submitted to the Court under seal on August 6, 2007.

10. Except Lee's Happy House, I do not own any other business. Lee's Happy House does not have any affiliated business. To my knowledge, my mom, Cindy Wong, does not own any other business.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed in San Jose, California.

Date: January 31, 2008                /s/ Ivan Wong
                                       IVAN WONG

DECLARATION OF IVAN WONG IN SUPPORT OF SECOND MOTION TO DISMISS                Page 2