**Danning Jiang, Esq. (CA BAR No. 196985)**
Djiang@jianglawgroup.com
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **YAO LUN JIANG,** | **CASE NO. C 07-03606-RS** |
| Plaintiff, | |
| | **DECLARATION OF CINDY WONG** |
| Vs. | **IN SUPPORT OF SECOND** |
| | **MOTION TO DISMISS** |
| **LEE'S HAPPY HOUSE, CINDY WONG** | |
| **and IVAN WONG, and DOES 1-10,** | Dated: March 12, 2008 |
| | Time:   9:30 a.m. |
| Defendants. | Place:  280 S. First St., Courtroom 4 |
| | San Jose, CA 95113 |
| | Judge: Hon. Richard Seeborg |

I, CINDY WONG, hereby state as follows:

1.     I am one of the defendants in this action. I am the owner of defendant Lee's Happy House. The statements made in this declaration are based upon my own personal knowledge, except as to those matters stated on information or belief; however, as to those matters stated on information and belief, I believe them to be true.

2.     Lee's Happy House is a general partnership. I am one of the partners. The other partner is my son, Ivan Wong.

DECLARATION OF CINDY WONG IN SUPPORT OF SECOND MOTION TO DISMISS                           Page 1

3. From year 2001 to 2006, the gross income of Lee's Happy House has never exceeded $400,000 per year.

4. Except Lee's Happy House, I do not own any other business.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed in San Jose, California.

Date: January 31, 2008               /s/ Cindy Wong
                                     CINDY WONG