1
2
3
4
5
6
7
8

**Danning Jiang, Esq. (CA BAR No. 196985)**
**Djiang@jianglawgroup.com**
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, California 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**

**Attorneys for Defendants Lee's Happy House,**
**Cindy Wong and Ivan Wong**

9
10
11
12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

13
14
15
16
17
18
19
20

| | |
|---|---|
| **YAO LUN JIANG,**                )<br><br>**Plaintiff,**                )<br><br>**Vs.**                )<br><br>**LEE'S HAPPY HOUSE, CINDY WONG** )<br>**and IVAN WONG, and DOES 1-10,**  )<br><br>**Defendants.**        )<br>─────────────────────────────) | **CASE NO.  C 07-03606-RS**<br><br>**PROOF OF SERVICE**<br><br>**Dated:  March 12, 2008**<br>**Time:   9:30 a.m.**<br>**Place:  280 S First St., Courtroom 4**<br>         **San Jose, CA 95113**<br>**Judge:  Hon. Richard Seeborg** |

21

### PROOF OF SERVICE

22
23

    I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 271 North First Street, San Jose, CA 95113,

24

    On January 31, 2008, I served the following document(s):

25
26

**NOTICE OF MOTION AND DEFENDANTS' SECOND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(1), 12(b)(6)]**

27
28

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' SECOND MOTION TO DISMISS FOR LACK OF**

1    **SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A**
2    **CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(1),**
     **12(b)(6)]**

3    **DECLARATION OF IVAN WONG IN SUPPORT OF SECOND MOTION**
4    **TO DISMISS**

5    **DECLARATION OF CINDY WONG IN SUPPORT OF SECOND**
     **MOTION TO DISMISS**

6
     on the interested parties in this action by placing a true and correct copy of document(s) in a
7    sealed envelope addressed as follows:

8    Adam Wang, Esq.
     Dal Bon and Wang
9    12 South First Street, Suite 613
     San Jose, CA 95113                           Fax: 408-351-0261
10

11   **(X)**    **[U.S. MAIL]** I am readily familiar with the business practice for collection and
             processing of correspondence for mailing with the United States Postal Service. I
12           know that the correspondence is deposited with the United States Postal Service on
             the same day this declaration was executed in the ordinary course of business. I
13           know that the envelope was sealed and, with postage thereon fully prepaid, placed
             for collection and mailing on this date, following ordinary business practices in the
14           United States mailed in San Jose, California.

15   **( )**   **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier
             service, by depositing in a box or other facility regularly maintained by such
16           overnight delivery service, or delivering such envelope to a courier or driver
             authorized by said overnight delivery service to receive documents, in an envelope
17           designated by said overnight delivery service with delivery fees paid or provided for,
             addressed to the above-named persons on whom it is to be served.

18
     **( )**   **[PERSONAL SERVICE]** I caused to be delivered by hand the above-referenced
19           document(s) to the above-named person(s).

20   **( )**   **[FACSIMILE]** Via facsimile machine, I caused the above-referenced document(s)
             to be transmitted to the person(s) and facsimile number(s) shown above.
21
             Executed on January 31, 2008, in San Jose, California.
22

23   **( )**   **(STATE)** I declare under penalty of perjury under the laws of the State of California
             that the above is true and correct.

24   **(X)**    **(FEDERAL)** I declare that I was retained by the office of a member of the bar of
             this court at whose direction the service was made.
25

26                                           By: /s/Phoebe Li
27                                           PHOEBE LI

28