Case 5:07-cv-03606-RS    Document 40    Filed 01/31/2008    Page 1 of 12

# Exhibit 1

| Form **1065** | Department of the Treasury Internal Revenue Service | **U.S. Return of Partnership Income** ▶ See separate instructions. | **2001** | | | |
|---|---|---|---|---|---|---|

For calendar year 2001, or tax year beginning _____ , 2001, and ending _____ , 20 ___

IRS use only — Do not write or staple in this space.

OMB No. 1545-0099

| **A** Principal Business Activity<br>RESTAURANT | Use the IRS label. Other- wise, print or type. | LEE'S HAPPY HOUSE<br>6187 SANTA TERESA BLVD<br>SAN JOSE, CA  95123 | **D** Employer Identification Number |
|---|---|---|---|
| **B** Principal Product or Service<br>SERVICE | | | **E** Date Business Started |
| **C** Business Code Number<br>722210 | | | **F** Total Assets (see instrs)<br>$ |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. _____ ▶

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**INCOME**

| | | |
|---|---|---|
| 1a Gross receipts or sales | 1a | 329,439. |
| b Less returns and allowances | 1b | |
| | 1c | |
| 2 Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | 4 | |
| 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 Net gain (loss) from Form 4797, Part II, line 18 | 6 | |
| 7 Other income (loss) (attach schedule) | 7 | |
| 8 Total income (loss). Combine lines 3 through 7 | 8 | |

**DEDUCTIONS** (SEE INSTRUCTIONS FOR LIMITATIONS)

| | | |
|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 Guaranteed payments to partners | 10 | |
| 11 Repairs and maintenance | 11 | |
| 12 Bad debts | 12 | |
| 13 Rent | 13 | |
| 14 Taxes and licenses | 14 | |
| 15 Interest | 15 | |
| 16a Depreciation (if required, attach Form 4562) | 16a | |
| b Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| | 16c | |
| 17 Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 Retirement plans, etc | 18 | |
| 19 Employee benefit programs | 19 | |
| 20 Other deductions (attach schedule) ........ SEE STATEMENT 1 | 20 | |
| 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | 22 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _[signature]_  Signature of General Partner or Limited Liability Company Member    ▶ _____ Date

May the IRS discuss this return with the preparer shown below (see instrs)?  [X] Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's Signature | | Date | Check if self-employed ▶ [X] | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's Name (or yours if self-employed), Address, and ZIP Code | | | EIN ▶ | |
| | | | Phone No. ▶ | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   PTPA0105L 01/01/02   Form **1065** (2001)

p. 2

# Exhibit 2

Form **1065**    Department of the Treasury Internal Revenue Service
**U.S. Return of Partnership Income**    **2002**
▶ See separate instructions.

IRS use only — Do not write or staple in this space.

For calendar year 2002, or tax year beginning _____, 2002, and ending _____, 20___.

OMB No. 1545-0099

| | |
|---|---|
| A Principal business activity<br>RESTAURANT | D Employer identification number |
| B Principal product or service<br>SERVICE | E Date business started |
| C Business code number<br>722210 | F Total assets (see instrs)<br>$ |

Use the IRS label. Otherwise, print or type.

LEE'S HAPPY HOUSE
6187 SANTA TERESA BLVD
SAN JOSE, CA 95123

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ............ ▶

**Caution:** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

**INCOME**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 299,948. |
| b | Less returns and allowances | 1b | |
| | | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | 4 | |
| 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | 6 | |
| 7 | Other income (loss) *(attach schedule)* | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | |

**DEDUCTIONS** (SEE INSTRUCTIONS FOR LIMITATIONS)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest | 15 | |
| 16a | Depreciation (If required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| | | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| 18 | Retirement plans, etc | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions *(attach schedule)* ............ See Statement 1 | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _[signature]_    ▶ _____
Signature of general partner or limited liability company member    Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ▶ ☒ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN ▶ | |
| | | | Phone no. | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.    PTPA0105L 12/27/02    Form 1065 (2002)

# Exhibit 3

| Form **1065** | **U.S. Return of Partnership Income** For calendar year 2003, or tax year beginning _____, 2003, and ending _____, 20 ____. ► See separate instructions. | OMB No. 1545-0099 **2003** |
|---|---|---|
| Department of the Treasury Internal Revenue Service | | |

| A Principal business activity RESTAURANT | Use the IRS label. Other- wise, print or type. | LEE'S HAPPY HOUSE 6187 SANTA TERESA BLVD SAN JOSE, CA 95123 | D Employer Identification number |
|---|---|---|---|
| B Principal product or service SERVICE | | | E Date business started |
| C Business code number 722210 | | | F Total assets (see instrs) $ |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
H Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ► _____
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ............ ►

**Caution:** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

**INCOME**

| | | |
|---|---|---|
| 1a Gross receipts or sales ........................... 1a | 295,622. | |
| b Less returns and allowances ....................... 1b | | 1c |
| 2 Cost of goods sold (Schedule A, line 8) ............................................. | | 2 |
| 3 Gross profit. Subtract line 2 from line 1c ........................................... | | 3 |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) .................................................................... | | 4 |
| 5 Net farm profit (loss) (attach Schedule F (Form 1040)) ............................. | | 5 |
| 6 Net gain (loss) from Form 4797, Part II, line 18 .................................... | | 6 |
| 7 Other income (loss) (attach schedule) ............................................... | | 7 |
| 8 Total income (loss). Combine lines 3 through 7 ..................................... | | 8 |

**DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS)**

| | | |
|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) ............. | | 9 |
| 10 Guaranteed payments to partners ................................................... | | 10 |
| 11 Repairs and maintenance ............................................................ | | 11 |
| 12 Bad debts .......................................................................... | | 12 |
| 13 Rent ............................................................................... | | 13 |
| 14 Taxes and licenses ................................................................. | | 14 |
| 15 Interest ........................................................................... | | 15 |
| 16a Depreciation (if required, attach Form 4562) ............ 16a | | |
| b Less depreciation reported on Schedule A and elsewhere on return ... 16b | | 16c |
| 17 Depletion (**Do not deduct oil and gas depletion.**) ............................... | | 17 |
| 18 Retirement plans, etc .............................................................. | | 18 |
| 19 Employee benefit programs ......................................................... | | 19 |
| 20 Other deductions (attach schedule) ............................... See Statement 1 | | 20 |
| 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 ............. | | 21 |
| 22 Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 .............. | | 22 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► _____   ► _____
Signature of general partner or limited liability company member   Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer' signature | Date | Check if self-employed ► ☒ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► | | EIN ► Phone no. | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   PTPA0105L 08/25/03   Form **1065** (2003)

Case 5:07-cv-03606-RS    Document 40    Filed 01/31/2008    Page 7 of 12

Exhibit 4

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2004, or tax year beginning _____, 2004, and ending _____, 20 ___.
► See separate instructions.

OMB No. 1545-0099

**2004**

**A** Principal business activity: RESTAURANT
**B** Principal product or service: SERVICE
**C** Business code number: 722210

Use the IRS label. Otherwise, print or type.

LEE'S HAPPY HOUSE
6187 SANTA TERESA BLVD
SAN JOSE, CA 95123

**D** Employer identification number:
**E** Date business started:
**F** Total assets (see instrs) $

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ►

Caution: *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 325,673. |
| b | Less returns and allowances | 1b | |
| | | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 | 6 | |
| 7 | Other income (loss) (attach statement) | 7 | |
| 8 | Total income (loss). Combine lines 3 through 7 | 8 | |

## Deductions (See instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| | | 16c | |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach statement) SEE STATEMENT 1 | 20 | |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | 22 | |

**Sign Here** ► [signature]

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company manager  Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**
Preparer's signature ►  Date  Check if self-employed ☒  Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code  EIN ►  Phone no.

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  PTPA0105L 01/06/05  Form 1065 (2004)

# Exhibit 5

# Form 1065

**U.S. Return of Partnership Income**
For calendar year 2005, or tax year beginning _____, 2005, and ending _____, 20___.
► See separate instructions.

OMB No. 1545-0099

## 2005

Department of the Treasury
Internal Revenue Service

**A** Principal business activity: RESTAURANT
**B** Principal product or service: SERVICE
**C** Business code number: 722210

Use the IRS label. Otherwise, print or type.

LEE'S HAPPY HOUSE
6187 SANTA TERESA BLVD
SAN JOSE, CA 95123

**D** Employer identification number:
**E** Date business started:
**F** Total assets (see instrs) $

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ►

**Caution:** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | |
|---|---|---|
| 1a Gross receipts or sales | 1a | 352,991. |
| b Less returns and allowances | 1b | |
| | 1c | |
| 2 Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 Other income (loss) (attach statement) | 7 | |
| 8 Total income (loss). Combine lines 3 through 7 | 8 | |

### Deductions (See instructions for limitations)

| | | |
|---|---|---|
| 9 Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 Guaranteed payments to partners | 10 | |
| 11 Repairs and maintenance | 11 | |
| 12 Bad debts | 12 | |
| 13 Rent | 13 | |
| 14 Taxes and licenses | 14 | |
| 15 Interest | 15 | |
| 16a Depreciation (if required, attach Form 4562) | 16a | |
| b Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| | 16c | |
| 17 Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 Retirement plans, etc | 18 | |
| 19 Employee benefit programs | 19 | |
| 20 Other deductions (attach statement) See Statement 1 | 20 | |
| 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 Ordinary business income (loss). Subtract line 21 from line 8 | 22 | |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

► [signature]  Signature of general partner or limited liability company manager    Date

May the IRS discuss this return with the preparer shown below (see instrs)?  ☒ Yes  ☐ No

**Paid Preparer's Use Only:**
Preparer's signature ►
Date
Check if self-employed ► ☒
Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code
EIN ►
Phone no.

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   PTPA0105L 12/28/05   Form 1065 (2005)

# Exhibit 6

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax year beginning _____, 2006, ending _____, 20 ___.
► See separate instructions.

OMB No. 1545-0099

**2006**

| | |
|---|---|
| **A** Principal business activity: RESTAURANT | **D** Employer Identification number: |
| **B** Principal product or service: SERVICE | Name: LEE'S HAPPY HOUSE |
| **C** Business code number: 722210 | Address: 6187 SANTA TERESA BLVD, SAN JOSE, CA 95123 |
| | **E** Date business started: |
| | **F** Total assets (see instrs) $ |

Use the IRS label. Otherwise, print or type.

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return

**H** Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ► _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► ____

**J** Check if Schedule M-3 required (attach Schedule M-3) ☐

**Caution.** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 365,504. |
| 1b | Less returns and allowances | |
| 1c | | |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 7 | Other income (loss) (attach statement) | |
| 8 | Total income (loss). Combine lines 3 through 7 | |

### Deductions (see instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | |
| 10 | Guaranteed payments to partners | |
| 11 | Repairs and maintenance | |
| 12 | Bad debts | |
| 13 | Rent | |
| 14 | Taxes and licenses | |
| 15 | Interest | |
| 16a | Depreciation (if required, attach Form 4562) | |
| 16b | Less depreciation reported on Schedule A and elsewhere on return | |
| 16c | | |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc | |
| 19 | Employee benefit programs | |
| 20 | Other deductions (attach statement) SEE STATEMENT 1 | |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | |
| 23 | Credit for federal telephone excise tax paid (attach Form 8913) | |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member manager ____ Date ____

May the IRS discuss this return with the preparer shown below (see instrs)?  ☒ Yes  ☐ No

**Paid Preparer's Use Only**
Preparer's signature ____ Date ____ Check if self-employed ☒
Preparer's SSN or PTIN: 4/?
Firm's name (or yours if self-employed), address, and ZIP code ____
EIN ►
Phone no.

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   PTPA0105L 12/29/06   Form 1065 (2006)