**United States District Court**
For the Northern District of California

1
2
3                                          **\*E-FILED 2/4/08\***
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   YAO LUN JIANG,                          No. C 07-03606 RS
12            Plaintiff,
13        v.                                 **CLERK'S NOTICE**
14   LEE'S HAPPY HOUSE, CINDY WONG
     AND IVAN WONG, et al.,
15
             Defendants.
16   _____/
17   TO ALL PARTIES AND COUNSEL OF RECORD:
18        Due to the unavailability of the Court, defendants' second motion to dismiss, docket [35],
19   noticed for hearing on March 12, 2008, shall be held on **March 19, 2008 at 9:30 a.m.** in Courtroom
20   4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.
21        This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for this
22   motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.
23   Dated:  2/4/08
24
25                                        For the Court,
                                          RICHARD W. WEIKING, Clerk
26
27                                        By:   /s/ Martha Parker Brown
                                                Courtroom Deputy Clerk
28

1    **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2    Danning Jiang    Dnjiang@aol.com

3    Adam Wang    waqw@sbcglobal.net

4

5    Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7    Dated: 2/4/08

8

9                         /s/ BAK_____
                          Chambers of Magistrate Judge Richard Seeborg

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2