ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 286-6619

Attorney for Plaintiff
YAO LUN JIANG

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO LUN JIANG,<br><br>    Plaintiff,<br><br>vs.<br><br>LEE'S HAPPY HOUSE, CINDY WONG and IVAN WONG, and DOES 1-10<br>    Defendants | Case No.: C07-03606 RS<br><br>**ERRATA TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS UNDER RULE 12(b)**<br><br>Date:     March 19, 2008<br>Time:    9:30 a.m.<br>Judge:   Honorable Richard Seeborg |

In his Memorandum of Points And Authorities in Opposition to Defendants' Second Motion To Dismiss Under Rule 12(B), footnote 2, Plaintiff cites "Reich v. Gateway Press, Inc.,13 F.3d 685 (3id Cir. 1994), at 535, footnote 2" as an authority that 29 U.S.C. § 213(a)(2) was repealed by Congress.

That citation was an error, with Plaintiff's intention to cite two cases that indicate the repealing of 29 U.S.C. § 213(a)(2):

a.    Reich v. Gateway Press, Inc.,13 F.3d 685 (3rd Cir. 1994), at 695, footnote 13.

b.    Griffin v. Daniel, 768 F. Supp. 532 (WD Va, 1991) at 535, footnote 2.

Dated: February 29, 2008           By:    /s/ Adam Wang
                                                  Attorney for Plaintiff
                                                  Yao Lun Jiang

1                                          C07-03606 RS

**ERRATA TO PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES
IN OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS
Jiang v. Lee's Happy House, et al.**