**United States District Court**
For the Northern District of California

\*E-FILED\*
**March 5, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO LUN JIANG,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE'S HAPPY HOUSE, CINDY WONG<br>AND IVAN WONG, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-03606 RS<br><br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for March 19, 2008 at 2:30 p.m. will be held on **March 19, 2008 at <u>9:30 a.m.</u>**

Dated: March 5, 2008

                                           For the Court,
                                           RICHARD W. WEIKING, Clerk

                                           By:   <u>/s/ Martha Parker Brown</u>
                                                      Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Danning Jiang    Dnjiang@aol.com

3 Adam Wang    waqw@sbcglobal.net