1  Lawrence Wong, (SBN: 80852)
2  Edward Hung (SBN: 221232)
   WONG & ASSOCIATES
3  413 Third Street
   Oakland, CA 94607
4  Telephone: 510-451-2124
   Facsimile: 510-451-2448
5
6  Attorneys for Defendants
   Lee's Happy House, Cindy Wong
7  and Ivan Wong

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| YAO LUN JIANG,<br><br>Plaintiffs,<br><br>vs.<br><br>LEE'S HAPPY HOUSE, ET AL.<br><br>Defendants. | CASE NO.: C 07-03606-RS<br><br>STIPULATION TO SUBSTITUTE WONG AND ASSOCIATES AS COUNSEL FOR LEE'S HAPPY HOUSE, CINDY WONG AND IVAN WONG |

19     WHEREAS, LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG have retained

20  the firm of Wong and Associates to represent them in the above-captioned matter pending before

21  this Court; and

22     WHEREAS LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG will no longer

23  be represented by Danning Jiang, Esq.;

24     NOW, THEREFORE, IT IS HEREBY STIPULATED THAT Danning Jiang, Esq. hereby

25  withdraws as counsel for LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG, and

26

27  Wong and Associates shall substitute in as new counsel for LEE'S HAPPY HOUSE, CINDY

28

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR LEE'S HAPPY HOUSE, ET AL.
CASE No.: C 07-03606-RS

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

1 WONG, AND IVAN WONG. All notices henceforth should be sent to EDWARD HUNG of
2 Wong and Associates.
3
4 I CONSENT TO THIS SUBSTITUTION.
5 Dated: 3/28/08
   _____
6 LEE'S HAPPY HOUSE
   By Cindy Wong
7
8 Dated: 3/28/08
   _____
9 CINDY WONG
10
11 Dated: 3/28/08
12 _____
   IVAN WONG
13
14 Law Offices of Danning Jiang
15 Dated: 03/31/2008
   _____
16 DANNING JIANG
17
18 I ACCEPT THIS SUBSTITUTION.
19 Dated: 4/1/08
   WONG AND ASSOCIATES
20
   _____
21 EDWARD HUNG
22 Edward.Hung@sbcglobal.net
23
24
25 PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby
26 substituted in as counsel for LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG.
27 Danning Jiang, Esq. is no longer counsel for LEE'S HAPPY HOUSE, CINDY WONG, AND
28 IVAN WONG. All notices should henceforth be sent to Mr. Hung and Wong and Associates.

WONG & ASSOCIATES
ATTORNEYS AT LAW
113 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

1     IT IS SO ORDERED.

3 Dated:

                                                                _____
                                                                 United States Magistrate Judge

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124