Lawrence Wong SBN 80852
Edward Hung SBN 221232
Wong & Associates
413 Third Street
Oakland, CA 94607
Tel: (510)451-2124
Fax: (510)451-2448

Attorney for Defendants,
Lee's Happy House, Cindy Wong
and Ivan Wong

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YAO LUN JIANG,

           Plaintiffs,

vs.

LEE'S HAPPY HOUSE, CINDY WONG,
IVAN WONG and DOES 1-10,

           Defendants.

Case No.: C 07-03606-RS

**ANSWER TO SECOND AMENDED COMPLAINT**

COMES NOW Defendants Lee's Happy House, Cindy Wong, and Ivan Wong (hereinafter "Defendants") in answer to Plaintiff's Second Amended Complaint (hereinafter "Complaint") as follows:

1. In answer to paragraph 1 of the Complaint, Defendants admit that Plaintiff was an employee of Defendants. Defendants also admit that Plaintiff seek damages as stated in this paragraph.

2. In answer to paragraph 2 of the Complaint, Defendants deny each and every allegation contained therein.

3. In answer to paragraph 3 of the Complaint, Defendants deny each and every allegation

contained therein.

4. In answer to paragraph 4 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

5. In answer to paragraph 5 of the Complaint, Defendants admit that Defendant Lee's Happy House is a business in the State of California during the time period of Plaintiff's employment.

6. In answer to paragraph 6 of the Complaint, Defendants admit that Defendants Cindy Wong and Ivan Wong were residents of the State of California during the time period of Plaintiff's employment.

7. In answer to paragraph 7 of the Complaint, Defendants admit all allegations contained therein, except for the DOE allegations, about which Defendants have no knowledge.

8. In answering paragraph 8 of the Complaint, Defendants admit that Plaintiff was an employee of Defendant Lee's Happy House.

9. In answer to paragraph 9 of the Complaint, Defendants deny all allegations because the allegations contained therein are vague and unintelligible.

10. In answer to paragraph 10 of the Complaint, Defendants deny each and every allegation contained therein.

11. In answer to paragraph 11 of the Complaint, Defendants admit that Plaintiff was paid on a salary basis.

12. In answer to paragraph 12 of the Complaint, Defendants deny each and every allegation contained therein.

13. In answer to paragraph 13 of the Complaint, Defendants are without knowledge or

Answer to Second Amended Complaint

information sufficient to form a belief as to the truth of Plaintiff's allegations that he held professional licenses. Defendants deny each and every remaining allegation contained in paragraph 13.

14. In answer to paragraph 14 of the Complaint, Defendants deny each and every allegation contained therein.

15. In answer to paragraph 15 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 14 as if fully stated herein.

16. In answer to paragraph 16 of the Complaint, Defendants deny each and every allegation contained therein.

17. In answer to paragraph 17 of the Complaint, Defendants deny each and every allegation contained therein.

18. In answer to paragraph 18 of the Complaint, Defendants deny each and every allegation contained therein.

19. In answer to paragraph 19 of the Complaint, Defendants deny each and every allegation contained therein.

20. In answer to paragraph 20 of the Complaint, Defendants deny each and every allegation contained therein.

21. In answer to paragraph 21 of the Complaint, Defendants deny each and every allegation contained therein.

22. In answer to paragraph 22 of the Complaint, Defendants deny each and every allegation contained therein.

23. In answer to paragraph 23 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 22 as if fully stated herein.

Answer to Second Amended Complaint

24. In answer to paragraph 24 of the Complaint, Defendants deny each and every allegation contained therein.

25. In answer to paragraph 25 of the Complaint, Defendants admit that the FLSA requires all employees be paid overtime for work performed in excess of forty hours per week, unless specifically exempted by the law.

26. In answer to paragraph 26 of the Complaint, Defendants deny each and every allegation contained therein.

27. In answer to paragraph 27 of the Complaint, Defendants deny each and every allegation contained therein.

28. In answer to paragraph 28 of the Complaint, Defendants deny each and every allegation contained therein.

29. In answer to paragraph 29 of the Complaint, Defendants deny each and every allegation contained therein.

30. In answer to paragraph 30 of the Complaint, Defendants deny each and every allegation contained therein.

31. In answer to paragraph 31 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

32. In answer to paragraph 32 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 31 as if fully stated herein.

33. In answer to paragraph 33 of the Complaint, Defendants deny each and every allegation contained therein.

34. In answer to paragraph 34 of the Complaint, Defendants admit that failure to pay wages

Answer to Second Amended Complaint

owed ant an employee's termination as required by the Labor Code subjects the employer to payment of a penalty equaling up to 30 days of wages.

35. In answer to paragraph 35 of the Complaint, Defendants deny each and every allegation contained therein.

36. In answer to paragraph 36 of the Complaint, Defendants deny each and every allegation contained therein.

37. In answer to paragraph 37 of the Complaint, Defendants deny each and every allegation contained therein.

38. In answer to paragraph 38 of the Complaint, Defendants reassert and incorporate by reference each of Defendants' responses to paragraphs 1 through 37 as if fully stated herein.

39. In answer to paragraph 39 of the Complaint, Defendants admit all allegations therein.

40. In answer to paragraph 40 of the Complaint, Defendants deny each and every allegation contained therein.

41. In answer to paragraph 41 of the Complaint, Defendants deny each and every allegation contained therein.

42. In answer to paragraph 42 of the Complaint, Defendants deny each and every allegation contained therein.

43. In answer to paragraph 43 of the Complaint, Defendants deny each and every allegation contained therein.

44. In answer to paragraph 44 of the Complaint, Defendants deny each and every allegation contained therein.

45. In answer to paragraph 45 of the Complaint, Defendants deny each and every allegation contained therein.

Answer to Second Amended Complaint

46. In answer to paragraph 46 of the Complaint, Defendants are unable to respond to this

paragraph because it is unintelligible.

47. In answer to paragraph 47 of the Complaint, Defendants deny each and every allegation

contained therein.

48. In answer to paragraph 48 of the Complaint, Defendants deny each and every allegation

contained therein.

49. In answer to paragraph 49 of the Complaint, Defendants deny each and every allegation

contained therein.

50. In answer to paragraph 50 of the Complaint, Defendants deny each and every allegation

contained therein.

AFFIRMATIVE DEFENSES

Defendants allege the following separate affirmative defenses:

FIRST AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff has failed to state facts sufficient to

constitute a cause of action.

SECOND AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole or in part

because any conduct by Defendants were ratified by Plaintiff.

THIRD AFFIRMATIVE DEFENSE

In answer, Defendants allege the alleged agreement upon which the Complaint is based

was founded, if at all, upon mistake and there was no meeting of the minds as to its purportedly

essential terms.

6

Answer to Second Amended Complaint

## FOURTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole, or in part, by the doctrine of unclean hands and/or laches.

## FIFTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole, or in part, by the applicable statute(s) of limitations.

## SIXTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff has engaged in conduct such that Plaintiff should be equitably estopped from maintaining the positions and advancing allegations stated in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that the Complaint is barred in whole as Defendants have performed all the conditions and covenants required on their part to be performed under the terms of the agreement.

## EIGHTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's actions are barred by their own violations of the implied covenant of good faith and fair dealing.

## NINTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that the enforcement of the alleged contract as alleged in the Complaint is barred in that it violates the statute of frauds.

## TENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's claims are barred in whole, or in part, by the doctrine of waiver.

Answer to Second Amended Complaint

## ELEVENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff is barred from recovery because any recovery awarded to Plaintiffs would constitute unjust enrichment.

## TWELFTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff consented to the actions of Defendants and alleged damages, if any, which it claims to have sustained and recovery should be barred or diminished accordingly.

## THIRTEENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's Complaint should be barred altogether because Plaintiffs failed to exhaust their administrative remedies.

## FOURTEENTH AFFIRMATIVE DEFENSE

In answering, Defendants allege that Plaintiff's Complaint should be barred altogether because Plaintiff performed "exempt" duties in his position as head chef.

## RESERVATION OF OTHER AFFIRMATIVE DEFENSES

In answering, Defendants reserve all rights to supplement this answer with additional denials and/or affirmative defenses, as they arise during the scope of this litigation.

## PRAYER

Wherefore, Defendants prays judgment that:

1. Plaintiff take nothing by reason of its Complaint; that judgment be rendered in favor of Defendants;

2. Defendant be awarded reasonable attorney fees and costs incurred herein; and

3. The Court grant such order and further relief as it deems proper.

Answer to Second Amended Complaint

1

2

3    Dated: April 3, 2008                                Respectfully Submitted,

4                                                        WONG & ASSOCIATES

5                                                                /s/

6                                                        _____
                                                         Edward Hung Attorney for Defendants
7                                                        Lee's Happy House, Cindy Wong
                                                         and Ivan Wong

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Answer to Second Amended Complaint