1  Lawrence Wong, (SBN: 80852)
2  Edward Hung (SBN: 221232)                    *E-FILED 4/3/08*
   WONG & ASSOCIATES
3  413 Third Street
   Oakland, CA 94607
4  Telephone: 510-451-2124
   Facsimile: 510-451-2448
5
6  Attorneys for Defendants
   Lee's Happy House, Cindy Wong
7  and Ivan Wong

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | YAO LUN JIANG,                    | CASE NO.: C 07-03606-RS
12 |          Plaintiffs,              | STIPULATION TO SUBSTITUTE WONG
                                         AND ASSOCIATES AS COUNSEL FOR LEE'S
13 | vs.                               | HAPPY HOUSE, CINDY WONG AND IVAN
                                         WONG
14 | LEE'S HAPPY HOUSE, ET AL.         | AND ORDER THEREON
15 |          Defendants.              |
16
17
18

19     WHEREAS, LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG have retained

20 the firm of Wong and Associates to represent them in the above-captioned matter pending before

21 this Court; and

22     WHEREAS LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG will no longer

23 be represented by Danning Jiang, Esq.;

24     NOW, THEREFORE, IT IS HEREBY STIPULATED THAT Danning Jiang, Esq. hereby

25

26 withdraws as counsel for LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG, and

27 Wong and Associates shall substitute in as new counsel for LEE'S HAPPY HOUSE, CINDY

28

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

WONG, AND IVAN WONG.  All notices henceforth should be sent to EDWARD HUNG of

Wong and Associates.

I CONSENT TO THIS SUBSTITUTION.

Dated:  3/28/08

LEE'S HAPPY HOUSE
By Cindy Wong

Dated:  3/28/08

CINDY WONG

Dated:  3/28/08 .

IVAN WONG

Law Offices of Danning Jiang

Dated:  03/31/2008

DANNING JIANG

I ACCEPT THIS SUBSTITUTION.

Dated:  4/1/08

WONG AND ASSOCIATES

EDWARD HUNG
Edward.Hung@sbcglobal.net

PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby

substituted in as counsel for LEE'S HAPPY HOUSE, CINDY WONG, AND IVAN WONG.

Danning Jiang, Esq. is no longer counsel for LEE'S HAPPY HOUSE, CINDY WONG, AND

IVAN WONG.  All notices should henceforth be sent to Mr. Hung and Wong and Associates.

WONG & ASSOCIATES
ATTORNEYS AT LAW
113 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

2

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR LEE'S HAPPY HOUSE, ET AL.
CASE No.: C 07-03606-RS

1    IT IS SO ORDERED.

2

3
     Dated:    April 3, 2008
4

5    _____
     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR LEE'S HAPPY HOUSE, ET AL.
CASE No.: C 07-03606-RS