UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time: 7 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED          DATE: 4/23/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                      CASE #: C 07-03606RS

CASE TITLE: YAO JIANG      VS.   LEE'S HAPPY HOUSE

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

ADAM WANG                                 EDWARD HUNG

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC   { } MOTIONS LISTED BELOW:

<u>Pltf.</u>  <u>Deft.</u>  <u>Cross Mot.</u>
{ }   { }   { }   1.
{ }   { }   { }   2.
{ }   { }   { }   3.
{ }   { }   { }   4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED    [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED     [ ] DENIED     [ ] SUBMITTED     [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)**  { } Cont'd to:           @           For

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments:

CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT:           Copies to: