LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0248

Adam Wang

July 9, 2008

Honorable Richard Seeborg
US District Court
For District of Northern California
280 South 1st Street
San Jose, CA 95113

Re:   Jiang v. Lee's Happy House, et al.
      C07-03606 RS

Dear Judge Seeborg,

By this letter, Plaintiff requests the Court refer this case to a magistrate judge for a settlement conference,

This is a simple wage and hour matter. So far, Defendants have taken Plaintiff's deposition; and have responded to Plaintiff's written discoveries. There is little dispute as to what Plaintiff's duties were, the number of hours worked and Plaintiff's rate of pay.

Parties have participated in an early mediation which did not result in a settlement. After Plaintiff's deposition, parties again engaged in further negotiations. Although recent negotiations narrowed gap between the parties' settlement positions, an agreement was not reached.

Plaintiff is about to engage in further discoveries consisting of at least three depositions, various discovery motions to overcome Defendants' resistance to produce documents about their financial matters relevant to the coverage of Fair Labor Standards Act. In fact, Plaintiff contemplates filing his first motion to compel in next one or two weeks.

Given the simple nature of the claims, and the limited scope of the factual disputes that are relevant to the respective settlement positions taken by parties, Plaintiff respectfully requests that the Court refer this case to a magistrate judge for a settlement conference before further substantial costs and attorney's fees incur in Plaintiff's discoveries efforts.

Sincerely,

/s/Adam Wang