**United States District Court**
For the Northern District of California

**\*E-FILED\***
**July 10, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO LUN JIANG, | No. C 07-03606 RS |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| LEE'S HAPPY HOUSE, et al., | |
| Defendants. | |

At the request of plaintiff and good cause appearing,

IT IS HEREBY ORDERED that this case is referred to **Magistrate Judge Patricia V. Trumbull** for a settlement conference to be completed by October 1, 2008**,** according to her availability.  Counsel are to contact the settlement judge's clerk, Corinne Lew, at 408/535-5378 for scheduling and settlement conference requirements

Dated:  July 10, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Edward Hung     Edward.Hung@sbcglobal.net

Adam Wang     waqw@sbcglobal.net

Dated: July 10, 2008

        /s/ BAK
Chambers of Magistrate Judge Richard Seeborg