UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE  PATRICIA V. TRUMBULL

Date: 8/4/08

Court Reporter:                              Clerk:

Case No:C 07-03606 RS            Case Title: Yao Lun Jiang v. Lees Happy House

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Adam Wang | Edward Hung |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial      [ ] Status      [ ] Discovery

[X] Settlement    [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [ ] Submitted          [X] Settled

[ ] Denied           [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part        [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant        [ ] Court          [ ] Court w/opinion

NOTES: 2 HOURS