***E-FILED 10/8/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YAO LUN JIANG,                                    No. C 07-03606 RS

        Plaintiff,                              **ORDER OF DISMISSAL**

v.

LEE'S HAPPY HOUSE, et al.,

        Defendants.
_____/

    On August 4, 2008, Magistrate Judge Patricia V. Trumbull informed this Court that the above-entitled matter had settled.  In light of the settlement, the Court issued an Order Re: Settlement; Stand-by Order to Show Cause, which, among other things, directed the parties to file a stipulation of dismissal by October 1, 2008 or appear in court on October 8, 2008 at 9:30 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  The parties failed to file a stipulation of dismissal and failed to appear in Court on October 8, 2008.

    Accordingly, the case is dismissed for lack of prosecution.

    IT IS SO ORDERED.

Dated: October 8, 2008

                                                  RICHARD SEEBORG
                                                United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Edward Hung    Edward.Hung@sbcglobal.net

Adam Wang    waqw@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 8, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ BAK

2